RECEIVED

NOV 1 5 2018

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

EDGAR TIBAKWEITIRA JULIAN,
Petitioner

CASE NO. 1:18-CV-1108; SEC P

VERSUS

JUDGE DRELL

JEFFERSON SESSIONS III,
Respondent

MAGISTRATE JUDGE PEREZ-MONTES

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Petitioner's § 2241 petition is **DISMISSED** without prejudice.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 14th day of November, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE